# EXHIBIT 1

בעזהשי"ת

BADATZ MISHPITEI YISROEL
Founded by:
Harav Ch. Yisroel Belsky
ZTVLLH"H
239 Foster Avenue
Brooklyn, NY 11230-2195

ע"ש
הרה"ג חיים
ישראל הלוי בעלסקי
זצוקללה"ה
ברוקלין נוא יארק יצ"ו

**Defendant:**

Mrs. Rachel Manashirova (Esses)
70 Cooper Avenue
West Long Branch, NJ 07764

raysfitnessandnutrition@gmail.com

**Requested by:**

Mrs. Tanya Rosen
For Tanya Rosen, Inc.
1511 East 28th Street
Brooklyn, NY 11229
tanyarosen2015@gmail.com

Whereas, close to a year has passed since we have sent out our first summons to the Defendant and until this day a Din torah has not been scheduled, we have no choice but to declare the Defendant a Mesareves, in addition to her filing in court against the plaintiff without permission from a Bais Din. She claims to have permission from her Rabbi, which she has not substantiated to the Beis Din. Anyone that may impress upon her the severity of the grave sin of refraining from appearing in Beis Din shall do so and it will be to his merit.

To this we affix our signatures and the stamp of the Beis Din on the 26th day of the month of Sivan in the year 5784

[signatures] [stamp: ברוקלין נוא יארק]

Email Address: badatzmishpiteiyisroel@gmail.com Tel: 347-789-3126 Fax: 718-298-3166 Cell: 347-263-9696



**What is Seruv?**
A seruv in Judaism is a form of contempt order issued by a rabbinical court, known as a Beis Din. When a person refuses to comply with a Beis Din summons or ruling, the court may issue a seruv against them. This public declaration serves as a form of social pressure, calling on the community to shun or ostracize the individual until they comply with the court's demands.

The issuance of a seruv can have significant social consequences, as it encourages the Jewish community to avoid interacting with the person who is defying the rabbinical court's authority.



**Why is it halachically permissible to publicize a seruv?**
Publicizing a seruv reinforces the authority of the Beis Din and encourages compliance with its rulings. It creates social and communal pressure to encourage Jewish people to follow Halacha rather than ignore it.



**What does the Torah say about how to treat someone with a seruv ?**
The treatment of someone with a seruv can vary depending on the community's customs, but generally includes:

**1. Social Ostracism:** The community may avoid social interaction with the individual, including not inviting them to communal events, not including them or their spouse in a minyan (quorum for prayer), and refraining from doing business with them.

**2. Public Shaming:** The community may be informed of the seruv, and the person's refusal to comply with the court's ruling is to be publicized.

**3. Encouraging Compliance:** The aim is often to encourage the person to return to the Beis Din and resolve the issue. Community members may remind the individual of their obligations and encourage them to follow the court's rulings.