UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

REGINA ESSES a/k/a RACHEL ESSES,

                            Plaintiffs,

    -against-

TANYA ROSEN and TANYA ROSEN INC.,

                            Defendants.
-----------------------------------------------------------------------x

Docket No.: 24-cv-03605-RPK-CLP

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff-Counterclaim Defendant REGINA ESSES ak/a RACHEL ESSES ("Esses") and Defendants-Counterclaim Plaintiffs TANYA ROSEN and TANYA ROSEN INC. (collectively "Rosen") by and through their undersigned attorneys, that whereas no party hereto is an infant or incompetent for whom a committee has been appointed and no person not a party has an interest in the subject matter of the proceeding, that all claims and counterclaims asserted by Esses and Rosen in this action be and hereby are discontinued with prejudice, without costs to either party against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that each party hereto agrees that this discontinuance is without costs or fees. The parties further agree that no further suit will be instituted for the same causes of action which have been asserted herein, or for any other causes of action arising out of the incidents or circumstances which gave rise to this lawsuit against the parties herein.

IT IS HEREBY FURTHER STIPULATED AND AGREED, that this Stipulation may be executed in counterparts and by facsimile or electronic means, each of which shall be deemed to be an original.

Dated: December 20, 2024

**Weg Law PLLC**
*Attorneys for Plaintiff/Counterclaim Defendant*
*Regina Esses a/k/a Rachel Esses*
701 Ibsen Street
Woodmere, NY 11598
516-400-2789
jasmine@wegesq.com

_/s/ Jasmiine Weg_
By: Jasmine Weg

**Leeds Brown Law**
*Attorneys for Defendants-Counterclaim Plaintiffs*
*Tanya Rosen and Tanya Rosen Inc.*
One Old Country Road, 347
Carle Place, NY 11514
516-873-9550
ROstrove@leedsbrownlaw.com

_/s/ Rick Ostrove_
By: Jasmine Weg